PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

E-FILED
Tuesday, 10 January, 2006  04:28:52 PM
Clerk, U.S. District Court, ILCD

**United States District Court**

For The

**CENTRAL DISTRICT OF ILLINOIS**

FILED

JAN 0 6 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.                                             Crim. No.   92-30068-003

Dorothy Gragg

It appearing that the above named has complied with the conditions of supervised release imposed by the Order of the Court heretofore made and entered in this case and that the period of supervised release expired on December 20, 2005. I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

DANIEL L. KNAPPMEYER
Senior U.S. Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this  3rd  day of January, 2006.

RICHARD MILLS
United States District Judge